UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHARYN GRUENER,

        Plaintiff,                Case No. 1:03cv780

                                    Magistrate Judge Hogan

v.

THE OHIO CASUALTY
INSURANCE COMPANY,

        Defendant.

## SPECIAL INTERROGATORIES

        Each of the following questions are to be resolved by unanimous vote of the jury:

1.     Do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff had a "disability" as defined in the Court's Instructions?

        YES_____      NO ✓____

**If you answer "Yes" question 1, go to question 2.**

**If you answer "No" to question 1, stop here and sign the verdict form.**

2.  Do you find that Plaintiff has proven by a preponderance of the evidence she was "qualified" to perform the essential functions of the PC Services Technician position despite her disability with a proposed "reasonable accommodation"?

    YES_____    NO_____

**If you answer "Yes" to question 2, go to question 4.**

**If you answer "No" to question 2, go to question 3.**

3.  Do you find that Plaintiff has proven by a preponderance of the evidence she was "qualified" to perform the PC Services Technician position despite her disability with nonessential job functions eliminated?

    YES_____    NO_____

**If you answer "Yes" to question 3, go to question 4.**

**If you answer "No" to question 3, stop here and sign the verdict form.**

4.  What is the amount of back pay damages, if any, to which Plaintiff is entitled?

    $_____

**Go to question 5.**

5.  What is the amount of compensatory damages, if any, to which Plaintiff is entitled?

    $_____

**Go to question 6.**

6.  What is the amount of front pay damages, if any, to which Plaintiff is entitled?

    $_____

**Stop here and sign the verdict form.**

### ALL JURORS MUST SIGN THE VERDICT

s/ Juror #1                  s/ Juror #3

s/ Juror #6                  s/ Juror #7

s/ Juror #4                  s/ Juror #2

s/ Juror #8                  s/ Juror #5


Date:       8-29-05

Foreperson:   s/ Juror #1