AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO (WESTERN DIVISION)

SHARYN GRUENER

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 1:03cv0780

OHIO CASUALTY CORPORATION, ET AL.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

SEE ATTACHED VERDICT FORM

8-29-05
Date

**James Bonini, Clerk**
Clerk

*Arthur Hill*
(By) Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHARYN GRUENER,

      Plaintiff,

Case No. 1:03cv780

Magistrate Judge Hogan

v.

THE OHIO CASUALTY
INSURANCE COMPANY,

      Defendant.

### SPECIAL INTERROGATORIES

      Each of the following questions are to be resolved by unanimous vote of the jury:

1. Do you find that Plaintiff has proven by a preponderance of the evidence that Plaintiff had a "disability" as defined in the Court's Instructions?

    YES_____    NO ✓

**If you answer "Yes" question 1, go to question 2.**

**If you answer "No" to question 1, stop here and sign the verdict form.**

2. Do you find that Plaintiff has proven by a preponderance of the evidence she was "qualified" to perform the essential functions of the PC Services Technician position despite her disability with a proposed "reasonable accommodation"?

   YES_____ NO_____

**If you answer "Yes" to question 2, go to question 4.**

**If you answer "No" to question 2, go to question 3.**

3. Do you find that Plaintiff has proven by a preponderance of the evidence she was "qualified" to perform the PC Services Technician position despite her disability with nonessential job functions eliminated?

   YES_____ NO_____

**If you answer "Yes" to question 3, go to question 4.**

**If you answer "No" to question 3, stop here and sign the verdict form.**

4. What is the amount of back pay damages, if any, to which Plaintiff is entitled?

   $_____

**Go to question 5.**

5. What is the amount of compensatory damages, if any, to which Plaintiff is entitled?

   $_____

**Go to question 6.**

6. What is the amount of front pay damages, if any, to which Plaintiff is entitled?

    $_____

**Stop here and sign the verdict form.**


### ALL JURORS MUST SIGN THE VERDICT

s/ Juror #1                s/ Juror #3

s/ Juror #6                s/ Juror #7

s/ Juror #4                s/ Juror #2

s/ Juror #8                s/ Juror #5


Date:       8-29-05

Foreperson:   s/ Juror #1